Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Defendants

Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
Mark L. Knutson, Esq. (SBN 131770)
mlk@classactionlaw.com
William Restis, Esq. (SBN 246823)
wrr@classactionlaw.com
FINKELSTEIN & KRINSK, LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel: 619-238-1333
Fax: 619-238-5425

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD BRAUN and GARY SANKARY, individually and on behalf of all others similarly situated, <br><br>            Plaintiffs, <br><br>    vs. <br><br>SAVEOLOGY.COM, LLC, a Florida Limited Liability Company; and ELEPHANT GROUP, INC. a Delaware Corporation, <br><br>            Defendants. | Case No.: 12-CV-0085 JLS MDD <br><br> NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE PENDING DOCKET EVENTS |

Plaintiffs Conrad Braun and Gary Sankary and defendants Saveology.com, LLC and Elephant Group, Inc. hereby jointly give notice that the above-captioned matter is

settled on an individual basis as to the named plaintiffs. This notice of settlement is made with respect to the following:

    1.    An earlier filed, related proceeding entitled *Desai v. ADT Security Services, Inc.*, No. 1:11-cv-01925 encompasses the class claims asserted by plaintiffs in this action, and is currently pending in the United States District Court for the Northern District of Illinois ("*Desai*").

    2.    The parties to the *Desai* action are in the final stages of negotiating a class action settlement that provides compensation to class members for the claims asserted in this action.

    3.    Plaintiffs have investigated the status of claims and proceedings in *Desai*, as well as the status of settlement negotiations in *Desai*, and believe that the claims of class members in this action have been and will be adequately represented in *Desai*.

    4.    The settlement of this action is conditioned on performance of certain settlement terms by defendants to be completed on or about January 13, 2013.

    5.    The parties intend to submit a joint motion for dismissal once the settlement terms are fully performed. The parties will request dismissal of the claims of Conrad Braun and Gary Sankary with prejudice and dismissal of the claims of the putative class without prejudice.

///

///

///

Based on the foregoing, the parties request pending docket events and deadlines be vacated to allow the parties to finalize the settlement and file a joint motion for dismissal in January 2013.

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to William R. Restis, counsel for plaintiffs Conrad Braun and Gary Sankary, and that I have obtained Mr. Restis's approval of his electronic signature to this document.

Dated:  10/30/12             FINKELSTEIN & KRINSK, LLP

                             */s/William Restis*_____
                             William Restis
                             Attorney for Plaintiffs


Dated:  10/30/12             SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                             */s/Debbie P. Kirkpatrick*
                             Debbie P. Kirkpatrick
                             Attorney for Defendants